UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELMAN HIZAM AHMED ALI and GHINA HIZAM AHMED ALI,<br><br>       Petitioner-Plaintiffs,<br><br>-against-<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security and UR MENDOZA JADDOU, in her official capacity as Director of USCIS,<br><br>       Respondent-Defendants. | 24-CV-1806 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: March 11, 2024
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge